# LAW OFFICE OF VICTOR J MOLINA

930 Grand Concourse, Suite 1A
Bronx, New York 10451
ADMITTED IN N.Y. & N.J.

Tel. (718) 401-1600
Fax (718) 401-1611
EMAIL: V.J.MOLINA@VERIZON.NET

RECEIVED JUN 30 2016 JUDGE SWEET CHAMBERS

**Via Electronic Case Filing**
Hon. Robert W. Sweet, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   *Taylor v. 710 Caridad Express Restaurant Corp., et al*
      *Civil Action No.: 16-cv-01196 (RWS)*

Dear Judge Sweet:

As counsel for Defendant 710 Caridad Express Restaurant Corp. d/b/a Caridad Restaurant Express, I am requesting one final extension of time to submit an Answer (which was due, today) as we have reached a settlement agreement with the Plaintiff and Co-Defendant and a separate indemnification agreement with the co-defendant.

We expect to have the settlement documents signed and filed next week, but due to the holiday we request an extension to July 15. Opposing counsel consents to this request. A preliminary court conference has been scheduled for October 12, 2016 at 4:00 PM. However, the requested extension will not impact that deadline or any other deadlines in this case.

I apologize for submitting this in the final hour.

Sincerely,

/S/
Benjamin Sharav, Esq.
Law Office of Victor J. Molina

Cc:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/16

So ordered.
Robert Sweet
USDJ
7-15-16

Jennifer Beth Courtian
Jackson Lewis P.C. (NY)
Attorneys for Defendant
**710 E. 138th St. Bronx LLC**
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4022
Fax: (212)-972-3213
Email: courtiaj@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

Tara Anne Demetriades
ADA Accessibility Associates
Attorneys for Plaintiff
**Naquone Taylor**
1076 Wolver Hollow Road
Oyster Bay, New York 11771
Email: tdemetriades@aol.com
*ATTORNEY TO BE NOTICED*