

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAQUONE TAYLOR, individually,

        Plaintiff,

v.

710 CARIDAD EXPRESS RESTAURANT CORP. d/b/a/ CARIDAD RESTAURANT EXPRESS, a New York for profit corporation, and 710 E. 138TH ST. BRONX LLC, a New York for profit corporation,

        Defendants.

Case No.: 1:16-cv-01196

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/16

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Naquone Taylor ("Plaintiff"), Defendant 710 Caridad Express Restaurant Corp. d/b/a Caridad Restaurant Express ("Defendant Caridad") and Defendant 710 E. 138th St. Bronx LLC ("Defendant 710 E. 138th St."), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party, with prejudice, and with no award of attorneys' fees or costs by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

| | |
|---|---|
| ADA ACCESSIBILITY ASSOCIATES<br>1076 Wolver Hollow Road<br>Oyster Bay, New York 11771<br>(516) 595-5009<br>By: _____<br>   Tara Demetriades<br><br>*Attorneys for Plaintiff*<br><br>Dated: September ___, 2016 | LAW OFFICE OF VICTOR J. MOLINA<br>930 Grand Concourse, Suite 1A<br>Bronx, New York 10451<br>(718) 401-1600<br>By: _____<br>   Victor J. Molina<br>   Benjamin Sharav<br><br>*Attorneys for Defendant 710 Caridad Express Restaurant Corp. d/b/a Caridad Restaurant Express*<br>Dated: September 14, 2016 |

**JACKSON LEWIS P.C.**
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: *[signature]* /SP
    Jennifer B. Courtian
    Suzanne E. Peters
*Attorneys for Defendant 710 E. 138th St. Bronx LLC*

Dated: September 14, 2016

SO ORDERED:

*[signature]*

Hon. Robert W. Sweet, U.S.D.J.

                                       tm

Date: 9-16 , 2016

4818-0931-7176, v. 1